In the Matter of the Application of MOSES CHERRY, Respondent, for a Peremptory Writ of Mandamus, Directed to JOHN ISBISTER, as Building Inspector of the Village of Larchmont, Appellant.— Order reversed, with ten dollars costs, and motion denied, without costs; as the printed papers on appeal consist largely

of irrelevant matter, disbursement for printing the record is disallowed, but disbursement for printing points is allowed. The ordinances of the village of Larchmont* are valid and a proper exercise of the police power of the State; they were passed pursuant to a valid grant of power contained in section 30 of the Village Law, as amended by chapter 464 of the Laws of 1921.† (*Lincoln Trust Co. v. Williams Bldg. Corp.*, 229 N. Y. 313.) The fact that the ordinances were passed after the petitioner had filed an application for a permit to build, and after petitioner had commenced a proceeding for mandamus to compel the issuance of a permit, does not affect the validity of the ordinance. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur. Settle order on notice.

---

* See Zoning Ord. Nov. 28, 1921; Building Code, as amd. Nov. 28, 1921, adding § 3-A.— [REP.

† Village Law, § 89, subd. 30, as added by Laws of 1921, chap. 464.— [REP.